935 A.2d 757

IN THE MATTER OF KIMBERLY ANN KOPP AN ATTORNEY
AT LAW (ATTORNEY NO. 039882000).

October 11, 2007.

## ORDER

**KIMBERLY ANN KOPP** of **PALISADES PARK,** who was admitted to the bar of this State in 2001, having pleaded guilty in the Superior Court of New Jersey to one count of third-degree identify theft, in violation of *N.J.S.A.* 2C:21–17a(1), two counts of third-degree credit card theft, in violation of *N.J.S.A.* 2C:21–6h, and one count of third-degree theft by deception, in violation of *N.J.S.A.* 2C:20–4, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **KIMBERLY ANN KOPP** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately, and until the further Order of this Court; and it is further

ORDERED that **KIMBERLY ANN KOPP** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **KIMBERLY ANN KOPP** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.